UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Lordson Mboko Mavungu

v.                                                    Case No. 26-cv-329-JL

FCI Berlin, Warden, et al.

**ORDER**

Before the court is the habeas petition brought by Lordson Mboko Mavungu challenging his ongoing ICE detention.  In its response to the court's order to file an answer or dispositive motion in response to the petition,[1] the respondents, while maintaining their belief that *Fils-Aime v. FCI Berlin, Warden,* No. 1:25-CV-287- JL-TSM, 2025 WL 3063164 (D.N.H. Oct. 31, 2025) was wrongly decided and objecting to relief on the basis of the reasoning in *Fils-Aime,* "acknowledge[d] that if the Court adopts and applies the reasoning set forth in *Fils-Amie* in the instant case, the Court would reach the same result."[2]

Based on the government's concession, the court GRANTS the petition[3] for a bond hearing based on the reasoning in *Fils-Aime,* and orders the respondents to provide the petitioner with a bond hearing as soon as practicable.  The petition is denied in all other respects.  The parties shall file a status report by May 21, 2026.

SO ORDERED.

Joseph N. Laplante
United States District Judge

Dated: May 11, 2026

Cc: Counsel of record

---

[1] Order (doc. no. 3).
[2] Response (doc. no. 9) at 3.
[3] Pet. (doc. no. 1).